NOTICE
1273240

01-15-00103-CR

NO. 74208

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 149TH DISTRICT COURT |
| VS. | OF |
| BRODRICK MICHAEL JAMES | BRAZORIA COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 11:55:30 AM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF ASSIGNMENT ON APPEAL

ON THE 28TH day of JANUARY, 2015, the defendant in the above styled and numbered cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, FIRST Judicial District.

Date of Judgment or Other Order Appealed From: 1/28/15

Date of Sentencing: 1/28/15

Name of Trial Court Judge: TERRI HOLDER

Name of Court Reporter: ROBIN RIOS

Name and Address of Defense Attorney on Appeal:
KEITH ALLEN (APPOINTED)
2360 CR 94, SUITE 106
PEARLAND, TEXAS 77584

Name and Address of Attorney for the State on Appeal:
Jeri Yenne, District Attorney
Brazoria County Courthouse
111 East Locust, Suite 408-A
Angleton, TX 77515

Defendant Incarcerated? YES

Motion for New Trial Filed? NO

Appeal Bond: NO Date N/A

Offense and Punishment: DELIVERY OF A CONTROLLED SUBSTANCE - ENHANCED; FORTY FIVE (45) YEARS

RHONDA BARCHAK, District Clerk

By /S/ KATHLEEN MCDOUGALD
Deputy